IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM W. MASON and
BARBARA MASON,   CONSOLIDATED (3)

    Plaintiffs,

v.   CASE NO. 3:08-cv-218-MW/EMT

LIBERTY AMERICAN SELECT
INSURANCE COMPANY,

    Defendant.

_____

CHRISTOPHER J. KNOTT-CRAIG and
SHELIA D. KNOTT-CRAIG,

    Plaintiffs,

v.   CASE NO. 3:08-cv-219-MW/EMT

FIDELITY NATIONAL PROPERTY
AND CASUALTY INSURANCE
COMPANY, INC.,

    Defendant.

_____

**JEANIE MOORE,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**CASE NO. 3:08-cv-220-MW/CJK**

**FIDELITY NATIONAL PROPERTY
AND CASUALTY INSURANCE
COMPANY, INC.,**

    **Defendant.**

_____/

## ORDER DIRECTING PARTIES TO ENGAGE IN DISCOVERY, UP TO AND INCLUDING SCHEDULING DEPOSITIONS, TO ASCERTAIN THE STATUS OF FEMA'S REVIEW

These cases involve insurance claims arising from losses purportedly sustained as a result of Hurricane Dennis which struck Florida in 2005. Plaintiffs filed these actions in 2008 and this Court's predecessor stayed the actions in July, 2009, so that FEMA could conduct an administrative review and address Plaintiffs' request for waivers of the proof of loss requirements. The case has been stayed and FEMA has been reviewing the matter for more than four and half years. Enough is enough.

In so stating, this Court understands that FEMA is expected to do too much with too little. Moreover, this Court recognizes that FEMA employees are overworked and underappreciated.

This Court set the matter for a status conference on Friday, January 10, 2014. **For the reasons stated on the record, the parties are directed to file a status report on or before February 10, 2014.** In the meantime, the parties are directed to initiate any and all efforts to ascertain the status of FEMA's review up to and including requesting depositions of FEMA employees and/or requesting records under the appropriate authority. If the parties are unable to secure any meaningful response from FEMA before the status report is due, the parties shall notify this Court of what actions have been taken, up to and including a request for depositions, in the status report.

**SO ORDERED on January 14, 2014.**

**s/Mark E. Walker					
United States District Judge**